**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**DOCKET NO.** 1:20-cv-11459-JCB

|  |  |
|---|---|
| JAMES R. BRITO-WHITE,<br>Plaintiff<br>Vs.<br><br>MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, WILLIAM FISHER, SAMUEL ABANY, NANCY HANLEY and LAWRENCE MITTICA,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PARTIAL STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of Federal Rules of Civil Procedure, Plaintiff, James R. Brito-White, and Defendants, Massachusetts Bay Transportation Authority, William Fisher, Samuel Abany, Nancy Hanley and Lawrence Mittica, (collectively, the "Parties") stipulate to dismiss Massachusetts Bay Transportation Authority and all claims against it, including Count II, WITHOUT PREJUDICE and without costs. Nothing herein shall serve to impact or affect the Plaintiff's remaining claims pending against Defendants, William Fisher, Samuel Abany, Nancy Hanley and Lawrence Mittica.

Respectfully Submitted,

| | |
|---|---|
| The Plaintiff,<br>James R. Brito-White | The Defendants<br>Massachusetts Bay Transportation Authority<br>William Fisher, Samuel Abany,<br>Nancy Hanley and Lawrence Mittica |
| By his attorney, | By their attorney |
| /s/ Richard M. Welsh, Jr.<br>Richard M. Welsh, Jr., BBO # 552732<br>**HOWARD M. KAHALAS, P.C.** | /s/ Thomas R. Donohue<br>Thomas R. Donohue, BBO # 643483<br>**BRODY, HARDOON, PERKINS & KESTEN, LLP** |
| 6 Beacon Street-Suite 1020<br>Boston, MA 02108<br>(617) 523-1155<br>rwelsh@kahalaslaw.com | 699 Boylston Street, 12th Floor<br>Boston, MA 02116<br>(617) 880-7100<br>tdonohue@bhpklaw.com |

DATED: September 15, 2020

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

      /s/  Richard M. Welsh, Jr.
      Richard M. Welsh, Jr., BBO # 552732

DATED:  September 15, 2020